Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL X

| M. R. WASTE, INC.<br><br>Recurrido<br><br>V.<br><br>MUNICIPIO DE NAGUABO REPRESENTADO POR SU PRIMER EJECUTIVO, EL ALCALDE NOÉ MARCANO RIVERA<br><br>Peticionarios | KLCE202401180 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Humacao<br><br>Caso Núm.: HSCI201400876<br><br>Sobre: Incumplimiento de Contrato y Cobro de Dinero |
| --- | --- | --- |

Panel integrado por su presidenta; la Juez Lebrón Nieves, la Jueza Romero García y el Juez Rivera Torres

*Lebrón Nieves, Juez Ponente*

## SENTENCIA

En San Juan, Puerto Rico, a 16 de diciembre de 2024.

Examinada la *Moción Conjunta sobre Aviso de Desistimiento Voluntario* presentada por las partes de epígrafe el 13 de diciembre de 2024, este Tribunal acoge la solicitud de desistimiento a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83(A), por lo que se ordena el archivo del caso de epígrafe.

Notifíquese.

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2024 _____